UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive and
Clerk of Court

FILED
FEB 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

February 7, 2008

Clerk, United District Court
Southern District of California
940 Front Street, Suite 4290
San Diego, CA 92101

'08 CV 0274 JM PCL

Re: Transfer of our Civil Case No. 2:07-cv-08332 JVS (PLA)

Case Title: Robert C Bass v. Matthew M Martel

Dear Sir/Madam:

An order having been made transferring the above-numbered case to your district, we are transmitting herewith our entire original file in the action, together with certified copies of the [...] and the docket. Please acknowledge receipt of same and indicate below the case number you have as[...] to this matter on the enclosed copy of this letter and return it to our office. Thank you for your cooperation.

3354 and 1983
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe ___

Very truly yours,

Clerk, U.S. District Court

By Marlene Ramirez
Deputy Clerk 213-894-1587

cc: ~~All counsel of record~~

=================================================================

**TO BE COMPLETED BY RECEIVING DISTRICT**

Receipt is acknowledged of the documents described herein and we have assigned this matter case number CV: ______________________.

Clerk, U.S. District Court

By ______________________
Deputy Clerk

FILED
CLERK, U.S. DISTRICT COURT
FEB - 6 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority ✓
Send ✓
Enter —
Closed ✓
JS-5/JS-6 —
JS-2/JS-3 —
Scan Only —

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ROBERT CURTIS BASS,<br>Petitioner,<br>v.<br>MATTHEW M. MARTEL, Warden,<br>Respondent. | No. CV 07-8332-JVS (PLA)<br><br>ORDER TRANSFERRING ACTION TO UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA |

Robert Curtis Bass ("petitioner") initiated this action on December 27, 2007, by filing a Petition for Writ of Habeas Corpus by a Person in State Custody. Petitioner, who is currently confined at the California Rehabilitation Center in Norco, California, which is located in the Central District of California, was convicted in 2006 in Superior Court in San Diego County of forgery, burglary, multiple counts of grand theft of personal property, two counts of attempted theft of personal property, unlawful taking and driving of a vehicle, and receiving stolen property. See Petition at 2; see also attachments to Petition. In the Petition, petitioner alleges, among other things, that his arrest was unlawful, his right to due process was violated, his trial counsel was ineffective and his bail was excessive.

Where, as here, a habeas petitioner is in custody under the judgment and sentence of a state court in a state that contains two or more federal judicial districts, his application may be filed

4

in the district court of either the district where he is confined or the district where he was convicted. See 28 U.S.C. § 2241(d); see also 28 U.S.C. § 1391(b). "The district court for the district wherein such an application is filed in the exercise of its discretion and in furtherance of justice may transfer the application to the other district court for hearing and determination." Id. Transfer of a habeas petition from the district where a petitioner is confined to the district where petitioner was convicted and sentenced is appropriate under 28 U.S.C. § 2241(d) where the petition attacks the judgment of conviction or the sentence. See Bell v. Watkins, 692 F.2d 999, 1013 (5th Cir. 1982) (where petitioner attacked his state murder conviction, District Court where defendant was confined did not abuse its discretion under 28 U.S.C. § 2241(d) in transferring habeas action to District Court in the district where state trial had taken place), as amended on denial of rehearing and rehearing en banc (Feb. 28, 1983); Laue v. Nelson, 279 F.Supp. 265, 266 (N.D. Cal. 1968) (ordering transfer of habeas proceedings under 28 U.S.C. § 2241(d) from district where petitioner was imprisoned to district where petitioner was convicted, where petitioner claimed that police coerced his confession). Here, petitioner was convicted in San Diego County, which is located in the Southern District. See 28 U.S.C. § 84(d). It is the sentence from the San Diego court that petitioner is challenging herein. See Petition at 2, 5-6.

IT IS THEREFORE ORDERED that this action be, and it is hereby, transferred to the United States District Court for the Southern District of California in San Diego, and that the Clerk of this Court effect such transfer.

IT IS FURTHER ORDERED that the Clerk shall serve a copy of this Order upon petitioner and upon the California Attorney General.

DATED: 2.1.08

HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE

Presented by:

PAUL L. ABRAMS
United States Magistrate Judge

I hereby attest and certify on 2-7-08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
2
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1129

194, CLOSED, RELATED-DDJ

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:07-cv-08332-JVS-PLA

Robert C Bass v. Matthew M Martel
Assigned to: Judge James V. Selna
Referred to: Magistrate Judge Paul L. Abrams
Related Case: 5:07-cv-01183-JVS-PLA
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 12/27/2007
Date Terminated: 02/06/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Robert Curtis Bass**

represented by **Robert Curtis Bass**
CDC F-25881
2820 Sonoma Avenue
Santa Rosa, CA 95405
PRO SE

V.

**Respondent**

**Matthew M Martel**
*Warden*

I hereby attest and certify on 2-7-08 that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.

CLERK U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
Marlene Ramey
DEPUTY CLERK

SEAL OF THE U.S. DISTRICT COURT CENTRAL DIST. OF CALIFORNIA
1129

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2007 | 1 | PETITION for Writ of Habeas Corpus by a Person In State Custody (28:2254) Case assigned to Judge James V. Selna and referred to Magistrate Judge Paul L. Abrams. (Filing fee $ 5 Due), filed by petitioner Robert Curtis Bass.(cbr) (Entered: 01/03/2008) |
| 12/27/2007 | 2 | NOTICE OF REFERENCE TO A U.S. MAGISTRATE JUDGE. Pursuant to the provisions of the Local Rules, the within action has been assigned to the calendar of Judge James V. Selna and referred to Magistrate Judge Paul L. Abrams to consider preliminary matters and conduct all further matters as appropriate. The Court must be notified within 15 days of any change of address. (cbr) (Entered: 01/03/2008) |
| 01/04/2008 | 3 | NOTICE of Change of Address changing address to 2820 Sonoma Avenue, Santa Rosa, CA 95405. Filed by petitioner Robert C. Bass. (mr) (Entered: 01/11/2008) |
| 02/06/2008 | 4 | ORDER Transferring Case to Southern District of California by Judge James V. Selna: (See document for further details.)(MD JS-6. Case Terminated.) (mr) (Entered: 02/07/2008) |

| | | |
|---|---|---|
| 02/07/2008 | | TRANSMITTAL of documents all original documents, docket sheet and letter of transfer. (mr) (Entered: 02/07/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/07/2008 14:04:27 | | | |
| **PACER Login:** | us3877 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 2:07-cv-08332-JVS-PLA |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |

FILED fee due

ROBERT CURTIS BASS
NAME
CDC ID : F25881
PRISON IDENTIFICATION/BOOKING NO.
CALIFORNIA REHABILITATION CENTER
ADDRESS OR PLACE OF CONFINEMENT
P.O. BOX 3535, Norco, Ca 92860

Note: It is your responsibility to notify the Clerk of Court in writing of any change of address. If represented by an attorney, provide his name, address, telephone and facsimile numbers, and e-mail address.

2007 DEC 27 AM 10: 59

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

530

ROBERT C BASS
FULL NAME (*Include name under which you were convicted*)

Petitioner,

v.

WARDEN (A) MATTHEW M. MARTEL
NAME OF WARDEN, SUPERINTENDENT, JAILOR OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER

Respondent.

CASE NUMBER:
CV 07-8332-JVS (PLA)
To be supplied by the Clerk of the United States District Court

☐ ______________ AMENDED
DE NOVO

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**
28 U.S.C. § 2254

PLACE/COUNTY OF CONVICTION SAN DIEGO COUNTY
PREVIOUSLY FILED, RELATED CASES IN THIS DISTRICT COURT (*List by case number*)
CV ______________
CV ______________

## INSTRUCTIONS - PLEASE READ CAREFULLY

1. To use this form, you must be a person who either is currently serving a sentence under a judgment against you in a California state court, or will be serving a sentence in the future under a judgment against you in a California state court. You are asking for relief from the conviction and/or the sentence. This form is your petition for relief.
2. In this petition, you may challenge the judgment entered by only one California state court. If you want to challenge the judgment entered by a different California state court, you must file a separate petition.
3. Make sure the form is typed or neatly handwritten. You must tell the truth and sign the form. If you make a false statement of a material fact, you may be prosecuted for perjury.
4. Answer all the questions. You do not need to cite case law, but you do need to state the federal legal theory and operative facts in support of each ground. You may submit additional pages if necessary. If you do not fill out the form properly, you will be asked to submit additional or correct information. If you want to submit a legal brief or arguments, you may attach a separate memorandum.
5. You must include in this petition all the grounds for relief from the conviction and/or sentence that you challenge. And you must state the facts that support each ground. If you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.
5. You must pay a fee of $5.00. If the fee is paid, your petition will be filed. If you cannot afford the fee, you may ask to proceed *in forma pauperis* (as a poor person). To do that, you must fill out and sign the declaration of the last two pages of the form. Also, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account at the institution. If your prison account exceeds $25.00, you must pay the filing fee.
6. When you have completed the form, send the original and two copies to the following address:

Clerk of the United States District Court for the Central District of California
United States Courthouse
ATTN: Intake/Docket Section
312 North Spring Street
Los Angeles, California 90012

1

DOCKETED ON CM
JAN - 3 2008
BY 029

PLEASE COMPLETE THE FOLLOWING: (*Check appropriate number*)

This petition concerns:
1. ☒ a conviction and/or sentence.
2. ☐ prison discipline.
3. ☐ a parole problem.
4. ☐ other.

**PETITION**

1. Venue
   a. Place of detention CALIFORNIA REHABILITATION CENTER, NORCO, CA.
   b. Place of conviction and sentence SAN DIEGO COUNTY, CALIFORNIA

2. Conviction on which the petition is based *(a separate petition must be filed for each conviction being attacked)*.
   a. Nature of offenses involved *(include all counts)*: PC 476, 459 SECOND DEGREE (6) COUNTS 487(a), (2) COUNTS 664/487(a), VC10851(a) AND 496(a)

   b. Penal or other code section or sections:

   c. Case number: SCD 195097
   d. Date of conviction: APRIL 12, 2006
   e. Date of sentence: MAY 10, 2006
   f. Length of sentence on each count: PC 476 - 2 YEARS, PC 459 - STAYED, PC 487(a) - CONSECUTIVE - 8 MOS, PC 487(a) CNTS 3-6 - 2 YEARS CONCURRENT (SEE ATTACHED)
   g. Plea *(check one)*:

      ☒ Not guilty

      ☐ Guilty

      ☐ Nolo contendere
   h. Kind of trial *(check one)*:

      ☐ Jury

      ☒ Judge only

3. Did you appeal to the California Court of Appeal from the judgment of conviction? ☒ Yes ☐ No

   If so, give the following information for your appeal *(and attach a copy of the Court of Appeal decision if available)*:
   a. Case number: D048678
   b. Grounds raised *(list each)*:

      (1) DUE PROCESS

(2) FIFTH AMENDMENT
(3) FOURTEENTH AMENDMENT
(4) SIXTH AMENDMENT
(5) ARTICLE 1 SECTION 28 SUBDIVISON (d) CALIFORNIA CONSTITUTION
(6)

c. Date of decision: SEPTEMBER 11, 2007

d. Result REVERSED IN PART, AFFIRMED IN PART - (5) COUNTS PC 487(a) VACATED, (1) COUNT PC 664/487(a) VACATED - REMAND FOR RESENTENCING.

4. If you did appeal, did you also file a Petition for Review with the California Supreme Court of the Court of Appeal decision? ☒ Yes ☐ No

If so give the following information *(and attach copies of the Petition for Review and the Supreme Court ruling if available)*:

a. Case number: D048678

b. Grounds raised *(list each)*:

(1) FEDERAL DUE PROCESS
(2)
(3)
(4)
(5)
(6)

c. Date of decision: NOVEMBER 28, 2007

d. Result PETITION FOR REVIEW - DENIED

5. If you did not appeal:

a. State your reasons

b. Did you seek permission to file a late appeal? ☐ Yes ☐ No

6. Have you previously filed any habeas petitions in any state court with respect to this judgment of conviction?

☐ Yes ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: ______________________________

(2) Case number: ______________________________

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: ______________

(4) Grounds raised *(list each)*:

(a) ______________________________

(b) ______________________________

(c) ______________________________

(d) ______________________________

(e) ______________________________

(f) ______________________________

(5) Date of decision: ______________________________

(6) Result ______________________________

______________________________

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

b. (1) Name of court: ______________________________

(2) Case number: ______________________________

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: ______________

(4) Grounds raised *(list each)*:

(a) ______________________________

(b) ______________________________

(c) ______________________________

(d) ______________________________

(e) ______________________________

(f) ______________________________

(5) Date of decision: ______________________________

(6) Result ______________________________

______________________________

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

c. (1) Name of court: ______________________________

(2) Case number: ______________________________

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: ______________

(4) Grounds raised *(list each)*:

(a) ______________________________

(b) ______________________________

(c) ______

(d) ______

(e) ______

(f) ______

(5) Date of decision: ______

(6) Result ______

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

7. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than five grounds. Summarize briefly the facts supporting each ground. For example, if you are claiming ineffective assistance of counsel, you must state facts specifically setting forth what your attorney did or failed to do.

**CAUTION:** *Exhaustion Requirement*: In order to proceed in federal court, you must ordinarily first exhaust your state court remedies with respect to each ground on which you are requesting relief from the federal court. This means that, prior to seeking relief from the federal court, you first must present all of your grounds to the California Supreme Court.

a. Ground one: IV AMENDMENT - UNLAWFUL ARREST, UNREASONABLE SEARCH & SEIZURE OF PERSONAL PROPERTY

(1) Supporting FACTS: ALLEGE CRIME WAS DISCOVERED BY VICTIM ON DECEMBER 5, 2002. ARREST WARRANT WAS ISSUED ON DECEMBER 14, 2005 WITHOUT PROBABLE CAUSE. STATUTE OF LIMITATION ON PC476 AND PC487(a) IS 3 YEARS, PURSUANT TO PC 801. COURT USED PC 801.5 AND 803.

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

b. Ground two: V AMENDMENT - DEPRIVED OF LIBERTY & PROPERTY ALONG DENIAL OF DUE PROCESS

(1) Supporting FACTS: SUPERIOR COURT AND SAN DIEGO DISTRICT ATTORNEY KNEW OR SHOULD HAVE KNOWN STATUTE OF LIMITATION HAD EXPIRED. PC 803 DID NOT BECOME EFFECTIVE UNTIL FEBURARY 28, 2005. BARRED FROM PROSECUTION AND FALSELY IMPRISONED.

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☒ ~~Yes~~ PB ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

c. Ground three: VI AMENDMENT - DENIED COMPULSORY AND ASSISTANCE OF COUNSEL

(1) Supporting FACTS: TRIAL COURT FORCED PETITIONER TO REST HIS CASE OUT OF ORDER WITH WITNESSES HE ISSUED SUBPOENAS FOR AND THE COURT-APPOINTED INVESTIGATOR DID NOT MAKE AN ATTEMPT TO SERVE. COURT DENIED ASSISTANCE OF COUNSEL AT SENTENCING.

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☒ Yes ☐ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☒ Yes ☐ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

d. Ground four: VIII AMENDMENT - EXCESSIVE BAIL, EXCESSIVE FINES, CRUEL AND UNUSUAL PUNISHMENT

(1) Supporting FACTS: COURT SET BAIL AT $200,000, THEN RAISED BAIL TO $1,200,000 AFTER FOUND GUILTY. AT SENTENCING COURT ORDER PETITIONER TO PAY $162,000 IN RESTITUTION AND COURT FEES OF $1,200, THEN SENTENCED PETITIONER TO 52 MONTHS IN STATE PRISON

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

e. Ground five: XIII AMENDMENT - INVOLUNTARY SERVITUDE

(1) Supporting FACTS: COURT SENTENCED PETITIONER TO 52 MONTHS IN STATE PRISON AND PETITIONER FORCED TO WORK AT BELOW MINIMUM WAGE TO EARN GOOD TIME CREDIT & REDUCTION IN HIS PRISON SENTENCE.

(2) Did you raise this claim on direct appeal to the California Court of Appeal? ☐ Yes ☒ No

(3) Did you raise this claim in a Petition for Review to the California Supreme Court? ☐ Yes ☒ No

(4) Did you raise this claim in a habeas petition to the California Supreme Court? ☐ Yes ☒ No

8. If any of the grounds listed in paragraph 7 were not previously presented to the California Supreme Court, state briefly which grounds were not presented, and give your reasons: PETITIONER'S APPELLATE COUNSEL REFUSED TO ARGUE OR INVESTIGATE ISSUES. PETITIONER DID NOT DISCOVER THE EFFECTIVE DATE OF PC 803 TILL JUST RECENTLY.

9. Have you previously filed any habeas petitions in any federal court with respect to this judgment of conviction?

☐ Yes ☒ No

If so, give the following information for each such petition *(use additional pages if necessary, and attach copies of the petitions and the rulings on the petitions if available)*:

a. (1) Name of court: ______

(2) Case number: ______

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: ______

(4) Grounds raised *(list each)*:

(a) ______

(b) ______

(c) ______

(d) ______

(e) ______

(f) ______

(5) Date of decision: ______

(6) Result ______

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

b. (1) Name of court: ______

(2) Case number: ______

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: ______

(4) Grounds raised *(list each)*:

(a) ______

(b) ______

(c) ______

(d) ______

(e) ______

(f) ______

(5) Date of decision: ______

(6) Result ______

(7) Was an evidentiary hearing held? ☐ Yes ☐ No

10. Do you have any petitions now pending (i.e., filed but not yet decided) in any state or federal court with respect to this judgment of conviction? ☐ Yes ☒ No

If so, give the following information *(and attach a copy of the petition if available)*:

(1) Name of court: ______

(2) Case number: ______

(3) Date filed *(or if mailed, the date the petition was turned over to the prison authorities for mailing)*: ______

(4) Grounds raised *(list each)*:

(a) ______

(b) ______

(c) ______

(d) ______

(e) ______

(f) ______

11. Are you presently represented by counsel? ☐ Yes ☒ No

If so, provide name, address and telephone number: ______

WHEREFORE, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding,

______

*Signature of Attorney (if any)*

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on DEC. 23, 2007 [signature]

*Date* *Signature of Petitioner*

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE

*[NOT VALID WITHOUT COMPLETED PAGE TWO OF CR-290 ATTACHED]*

CR-290

0104

FILED
Clerk of the Superior Court
MAY 22 2006
By D. Pledger, Deputy

☒ SUPERIOR ☐ MUNICIPAL COURT OF CALIFORNIA, COUNTY OF SAN DIEGO
BRANCH OR JUDICIAL DISTRICT

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: ROBERT C. BASS DOB: 02-18-69
AKA: ROBERT BASS
CII#: 24353574
BOOKING #: 05154493A ☐ NOT PRESENT

SCD195097 -A
-B
-C
-D

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT ☐ AMENDED ABSTRACT

| DATE OF HEARING | DEPT. NO. | JUDGE |
|---|---|---|
| 05-10-06 | 57 | ROGER W. KRAUEL |
| CLERK: D. PLEDGER | REPORTER: M. WILKINS - CSR#12004 | PROBATION NO. OR PROBATION OFFICER: 21138185 |
| COUNSEL FOR PEOPLE: F. KHALIL | | COUNSEL FOR DEFENDANT: IN PRO PER ☐ APPTD. |

1. Defendant was convicted of the commission of the following felonies:
☒ Additional counts are listed on attachment
02 (number of pages attached)

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY: JURY | COURT | PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED: YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 476 | FORGERY | 2002 | 04-12-06 | | X | | M | | | | | | | 2 | 0 |
| 2 | PC | 459 | 2ND Degree BURGLARY | 2002 | 04-12-06 | | X | | M | | | | | | X | | |
| [redacted] | | | | | | | | | | | | X | | | | | 8 |
| [redacted] | | | | | | | | | | | | | | | | (2) | (0) |
| [redacted] | | | | | | | | | | | | | | | | (2) | (0) |
| [redacted] | | | | | | | | | | | | | | | | (2) | (0) |

REVERSE

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST enhancements stricken under PC 1385.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. INCOMPLETED SENTENCE(S) CONSECUTIVE

| COUNTY | CASE NUMBER |
|---|---|
| | |
| | |
| | |

6. TOTAL TIME ON ATTACHED PAGES: 01 08

7. ☐ Additional indeterminate term (see CR-292).

8. TOTAL TIME: 04 04

This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.

(Continued on reverse)

# ABSTRACT OF JUDGMENT – PRISON COMMITMENT
## ATTACHMENT PAGE

CR-290-A

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: ROBERT C. BASS

0106

| SCD195097 -A | -B | -C | -D |
|---|---|---|---|

1. Defendant was convicted of the commission of the following felonies:
   This attachment page number: ___

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (MO./DATE/YEAR) | CONVICTED BY: JURY | CONVICTED BY: COURT | CONVICTED BY: PLEA | TERM (L, M, U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOLENT | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE (refer to item 5) | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YRS. | MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 7 | PC | 487(a) | Grand Theft Personal Prop. | 2002 | 04-12-06 | | X | | M | | | X | | | | 0 | 8 |
| 8 | PC | 487(a) | Grand Theft Personal Prop. | 2002 | 04-12-06 | | X | | M | X | | | | | | (2) | (0) |
| 9 | PC | 664/487(a) | Att Grand Theft Pers. Prop | 2002 | 04-12-06 | | X | | M | | | X | | | | 0 | 4 |
| 10 | PC | 664/487(a) | Att Grand Theft Pers. Prop | 2002 | 04-12-06 | | X | | M | X | | | | | | 0 | (12) |
| 11 | VC | 10851(a) | Unlawful Take & Drive Veh. | 2002 | 04-12-06 | | X | | M | | | X | | | | 0 | 8 |
| 12 | PC | 496(a) | Receiving Stolen Property | 2002 | 04-12-06 | | X | | M | | | | | | X | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | - - | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | TOTAL | 01 | 08 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series) for counts listed on first page.

| CNT. | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | | | | TOTAL | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series).

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |
| | | | | | | | | | |

| 4. TOTAL TIME IMPOSED ON THIS ATTACHMENT PAGE: | 01 | 08 |
|---|---|---|

PEOPLE OF THE STATE OF CALIFORNIA vs.
DEFENDANT: **ROBERT C. BASS**

0105

| | | | |
|---|---|---|---|
| **SCD195097 -A** | -B | -C | -D |

9. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
   a. RESTITUTION FINE of: $1,200. per PC 1202.4(b) forthwith per PC 2085.5.
   b. RESTITUTION FINE of: $1,200. per PC 1202.45 suspended unless parole is revoked.
   c. RESTITUTION of: $160,863.62 per PC 1202.4(f) to ☒ victim(s)* ☐ Restitution Fund
   (*List victim name(s) if known and amount breakdown in item 11, below.)
   (1) ☐ Amount to be determined.
   (2) ☐ Interest rate of: __% (not to exceed 10% per PC 1202.4(f)(3)(F)).
   d. ☐ LAB FEE of: $____ for counts: _____ per H&SC 11372.5(a).
   e. ☐ DRUG PROGRAM FEE of $150 per H&SC 11372.7(a).
   f. ☐ FINE of $___ per PC 1202.5.

10. TESTING
   a. ☐ AIDS pursuant to ☐ PC 1202.1 ☐ other *(specify)*:
   b. ☐ DNA pursuant to ☐ PC 290.2 ☐ other *(specify)*:

11. Other orders *(specify)*:
***VICTIMS: $142,654.01 to FIRST NATIONAL BANK; $18,209.61 to BUDGET RENT A CAR.**

12. Execution of sentence imposed
   a. ☒ at initial sentencing hearing.
   b. ☐ at resentencing per decision on appeal.
   c. ☐ after revocation of probation.
   d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
   e. ☐ other *(specify)*:

13. CREDIT FOR TIME SERVED

| CASE NUMBER | TOTAL CREDITS | ACTUAL | LOCAL CONDUCT | |
|---|---|---|---|---|
| **SCD195097 -A** | **223** | **149** | **74** | ☒ 4019 ☐ 2933.1 |
| -B | | | | ☐ 4019 ☐ 2933.1 |
| -C | | | | ☐ 4019 ☐ 2933.1 |
| -D | | | | ☐ 4019 ☐ 2933.1 |

| DATE SENTENCE PRONOUNCED: | SERVED TIME IN STATE INSTITUTION: | | |
|---|---|---|---|
| **05-10-06** | ☐ DMH | ☐ CDC | ☐ CRC |

14. The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.

To be delivered to ☒ the reception center designated by the director of the California Department of Corrections.
☐ other *(specify)*: ____

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| **D. PLEDGER** (signature) | **05-22-06** |

Filed 9/11/07 P. v. Bass CA4/1

**NOT TO BE PUBLISHED IN OFFICIAL REPORTS**

California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b). This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.

COURT OF APPEAL, FOURTH APPELLATE DISTRICT

DIVISION ONE

STATE OF CALIFORNIA

| | |
|---|---|
| THE PEOPLE,<br><br>Plaintiff and Respondent,<br><br>v.<br><br>ROBERT BASS,<br><br>Defendant and Appellant. | D048678<br><br><br>(Super. Ct. No. SCD195097) |

APPEAL from a judgment of the Superior Court of San Diego County, Roger W. Krauel, Judge. Reversed in part and affirmed in part.

After a nonjury trial, the trial court convicted Robert Bass of forgery (Pen. Code,[1] § 476), burglary (§ 459), six counts of grand theft of personal property (§ 487, subd. (a)), two counts of attempted grand theft of personal property (§§ 664/487, subd. (a)), unlawful taking and driving of a vehicle (Veh. Code, § 10851, subd. (a)), and receiving

1 All statutory references are to the Penal Code unless otherwise specified.

stolen property (§ 496.) The court sentenced Bass to an aggregate term of four years four months in prison.

Bass appeals, contending that the trial court: (i) abused its discretion in denying his request for a continuance immediately after granting Bass's day-of-trial request to represent himself, and by later declining Bass's request for a continuance to locate witnesses during the defense case; (ii) violated his statutory right to a five-day continuance after he was arraigned on an amended information; (iii) violated his right to a jury trial by failing to obtain a second jury trial waiver after Bass was arraigned on a second amended information; (iv) abused its discretion in denying Bass's request for a continuance of the sentencing proceedings; (v) improperly convicted Bass both of stealing a car and the unlawful receipt of that stolen car; and (vi) erroneously convicted Bass of six counts of grand theft instead of one single count, where each of the counts was part of a single criminal scheme.

We conclude that Bass is correct with respect to this last challenge — the trial court should have rendered a verdict on only one count of grand theft based on Bass's single criminal scheme. We consequently remand the case for the trial court to vacate the erroneous convictions, and resentence Bass accordingly. As Bass will receive a new sentencing hearing on remand, we need not consider Bass's other challenge to his sentencing procedure — that the trial court erred by not granting him a continuance prior to sentencing. We reject the balance of Bass's contentions.

FILED

2007 DEC 27 AM 11:04

CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. LOS ANGELES

BY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BASS<br>PLAINTIFF(S)<br>V.<br>MATTHEW M. MARTEL<br>DEFENDANT(S) | CASE NUMBER<br>**CV07- 8332 JVS (PLA)**<br>**NOTICE OF REFERENCE TO A UNITED STATES MAGISTRATE JUDGE (Petition for Writ of Habeas Corpus)** |

Pursuant to General Order 07-02, the within action has been assigned to the calendar of the Honorable James V. Selna, U.S. District Judge. Pursuant to General Order 05-07, the within action is referred to U.S. Magistrate Judge Paul L. Abrams, who is authorized to consider preliminary matters and conduct all further hearings as may be appropriate or necessary. Thereafter, unless the Magistrate Judge determines that an evidentiary hearing is required, the Magistrate Judge shall prepare a report and recommendation and file it with the Clerk of the Court which may include proposed findings of fact and conclusions of law where necessary or appropriate, and may include a proposed written order or judgment, which shall be mailed to the parties for objections.

Pleadings and all other matters to be called to the Magistrate Judge's attention shall be formally submitted through the Clerk of the Court.

The Court must be notified within fifteen (15) days of any address change. If mail directed by the clerk to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the petition with or without prejudice for want of prosecution.

Clerk, U.S. District Court

December 27, 2007
Date

By CSAWYER
Deputy Clerk

DOCKETED ON CM
JAN - 3 2008
BY 029

2

ROBERT C. BASS
IN PROPRIA PERSONA
CDC ID: F25881
CALIFORNIA REHABILITATION CENTER
P.O. BOX 3535
NORCO, CA 92860

ED CV 07-1185 JVS(...)
/ CV 07-8332 JVS(...)

FILED
CLERK, U.S. DISTRICT COURT
JAN - 4 2008
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

DECEMBER 16, 2007

CHRISTIANNA HOWARD
CLERK TO U.S. MAGISTRATE JUDGE
P.L. ABRAHMS
U.S. DISTRICT COURT, CENTRAL DISTRICT
WESTERN DIVISION
312 N. SPRING STREET, ROOM 6-9
LOS ANGELES, CA 90012

DEAR MS. HOWARD:

EFFECTIVE JANUARY 10, 2008 MY NEW MAILING ADDRESS WILL BE [2820 SONOMA AVENUE, SANTA ROSA, CALIFORNIA 95405.] I WILL BE DISCHARGED FROM CUSTODY IN STATE PRISON AT THE CALIFORNIA REHABILITATION IN NORCO, CA EFFECTIVE JANUARY 14, 2008. I WOULD SINCERELY APPRECIATE DOCUMENTARY ACKNOWLEDGEMENT OF THIS 'NOTICE OF ADDRESS CHANGE' FROM THE COURT. THANK YOU!

RESPECTFULLY SUBMITTED,

Robert C. Bass

ROBERT C. BASS

(B)

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-7984

SOUTHERN DIVISION
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

EASTERN DIVISION
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

SHERRI R. CARTER
District Court Executive
and Clerk of Court

Thursday, December 27, 2007

**ROBERT C. BASS**
**CDC#F25881**
**P. O. BOX 3535**
**NORCO, CA 92860**

Dear Sir/Madam:

A [X] Petition for Writ of Habeas Corpus was filed today on your behalf and assigned civil case number CV07- 8332 JVS (PLA)

A [ ] Motion pursuant to Title 28, United States Code, Section 2255, was filed today in criminal case number and also assigned the civil case number

Please refer to these case numbers in all future communications.

Please Address all correspondence to the attention of the Courtroom Deputy for:

[ ] District Court Judge ______________________

[X] Magistrate Judge **Paul L. Abrams**

at the following address:

[X] U.S. District Court
312 N. Spring Street
Civil Section, Room G-8
Los Angeles, CA 90012

[ ] Ronald Reagan Federal
Building and U.S. Courthouse
411 West Fourth St., Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

[ ] U.S. District Court
3470 Twelfth Street
Room 134
Riverside, CA 92501

The Court must be notified within fifteen (15) days of any address change. If mail directed to your address of record is returned undelivered by the Post Office, and if the Court and opposing counsel are not notified in writing within fifteen (15) days thereafter of your current address, the Court may dismiss the case with or without prejudice for want of prosecution.

Very truly yours,

Clerk, U.S. District Court

By: CSAWYER
Deputy Clerk

SHERRI R. CARTER
District Court Executive
and Clerk of Court

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**
312 North Spring Street, Room G-8 Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4570

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501
(951) 328-4450

Thursday, December 27, 2007

**ROBERT C. BASS**
**CDC#F25881**
**P. O. BOX 3535**
**NORCO, CA 92860**

Dear Sir/Madam:

Your petition has been filed and assigned civil case number CV07- 8332 JVS (PLA)

Upon the submission of your petition, it was noted that the following discrepencies exist:

[X] 1. You did not pay the appropriate filing fee of $5.00. Submit a cashier's check, certified bank check, business or corporate check, government issued check, or money order drawn on a major American bank or the United States Postal Service payable to 'Clerk U.S. District Court'. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's Declaration In Support of Request to Proceed In Forma Pauperis in its entirety. The Clerk's Office will also accept credit cards (Mastercard, Visa, Discover, American Express) for filing fees and miscellaneous fees. Credit card payments may be made at all payment windows where receipts are issued.

[X] 2. The Declaration in Support of Request to Proceed in Forma Pauperis is insufficient because:

- [X] (a) You did not sign your Declaration in Support of Request to Proceed in Forma Pauperis.
- [X] (b) Your Declaration in Support of Request to Proceed in Forma Pauperis was not completed in its entirety.
- [X] (c) You did not submit a Certificate of Prisoner's Funds completed and signed by an authorized officer at the prison.
- [ ] (d) You did not use the correct form. You must submit this court's current Declaration in Support of Request to Proceed in Forma Pauperis.
- [ ] (e) Other: ______________________________

Enclosed you will find this court's current Prisoner's Declaration in Support of Request to Proceed in Forma Pauperis, which includes a Certificate of Funds in Prisoner's Account Form.

Sincerely,

Clerk, U.S. District Court

CSAWYER

By: ______________________

Deputy Clerk

JS44

(Rev. 07/89)

# CIVIL COVER SHEET

FILED

FEB 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ✓ ProSe

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**Robert C. Bass**

**DEFENDANTS**

**Matthew M. Martel, Warden**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** Riverside
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**Robert C. Bass**
**PO Box 3535**
**Norco, CA 92860**
**F-25881**

**ATTORNEYS (IF KNOWN)**

'08 CV 0274 JM PCL

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**
**(For Diversity Cases Only)**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**28 U.S.C. 2254**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
- ☐ 110 Insurance
- ☐ Marine
- ☐ Miller Act
- ☐ Negotiable Instrument
- ☐ 150 Recovery of Overpayment &Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153Recovery of Overpayment of Veterans Benefits
- ☐ 160 Stockholders Suits
- ☐ Other Contract
- ☐ 195 Contract Product Liability

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Eiectmant
- ☐ 240 Tort to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury- Medical Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/Accommodations
- ☐ 444 Welfare
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence Habeas Corpus
- ☒ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710Fair Labor Standards Act
- 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt. Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc.
- ☐ Security Act

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (13958)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reappointment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities Exchange
- ☐ 875 Customer Challenge 12 USC
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900 Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State
- ☐ 890 Other Statutory Actions

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $**

Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 2/11/2008

SIGNATURE OF ATTORNEY OF RECORD

[signature]