ROBERT CURTIS BASS
NAME
F-25881
PRISON NUMBER
P.O. BOX 3535
CURRENT ADDRESS OR PLACE OF CONFINEMENT
NORCO, CA 92860
CITY, STATE, ZIP CODE

FILED
MAR 21 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY [signature] DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

ROBERT CURTIS BASS,
(FULL NAME OF PETITIONER)

PETITIONER

v.

MATTHEW M. MARTEL,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS])

RESPONDENT

and

EDMUND G. BROWN, JR.,
The Attorney General of the State of California, Additional Respondent.

Civil No. 08cv 0274-JM (PCL)
(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

FIRST AMENDED

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: SUPERIOR COURT, COUNTY OF SAN DIEGO, CENTRAL DIV.
2. Date of judgment of conviction: APRIL 12, 2006
3. Trial court case number of the judgment of conviction being challenged: SCD 195707
4. Length of sentence: 4 YEARS AND 4 MONTHS



CR

5. Sentence start date and projected release date: MAY 30, 2006 MAY 30, 2007 (OVERDUE & INACCURATE)

6. Offense(s) for which you were convicted or pleaded guilty (all counts): PC 476, 459** 487(a), 664/487(a), VC10851 AND PC 496.

7. What was your plea? (CHECK ONE)
   - (a) Not guilty ■
   - (b) Guilty ☐
   - (c) Nolo contendere ☐

8. If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)
   - (a) Jury ☐
   - (b) Judge only ■

9. Did you testify at the trial?
   ☐ Yes ■ No

## DIRECT APPEAL

10. Did you appeal from the judgment of conviction in the **California Court of Appeal**?
    ■ Yes ☐ No

11. If you appealed in the **California Court of Appeal**, answer the following:
    - (a) Result: REVERSED IN PART, AFFIRMED IN PART
    - (b) Date of result, case number and citation, if known: SEPTEMBER 11, 2007 D048678 – CITATION UNKNOWN
    - (c) Grounds raised on direct appeal: FEDERAL DUE PROCESS – DENIAL OF CONTINUANCE, COMPULSORY AND ASSISTANCE OF COUNSEL.

12. If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:
    - (a) Result: DENIED – PETITION FOR REVIEW
    - (b) Date of result, case number and citation, if known: NOVEMBER 28, 2007 CASE NO. S157498
    - (c) Grounds raised: DUE PROCESS

13. If you filed a petition for certiorari in the **United States Supreme Court**, please answer the following with respect to that petition:
    - (a) Result: ______
    - (b) Date of result, case number and citation, if known: ______
    - (c) Grounds raised: ______

## COLLATERAL REVIEW IN STATE COURT

14. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Superior Court**?
    ■ Yes ☐ No

15. If your answer to #14 was "Yes," give the following information:
    - (a) **California Superior Court** Case Number: SCD195707
    - (b) Nature of proceeding: RESENTENCING ON REMAND FROM DIRECT APPEAL – MOTION TO VACATE/SET ASIDE
    - (c) Grounds raised: WANT OF PROSECUTION
      STATUTE OF LIMITATION REGARDING §803
      CONFLICT OF INTEREST WITH DISTRICT ATTORNEY
    - (d) Did you receive an evidentiary hearing on your petition, application or motion?
      ☐ Yes ■ No
    - (e) Result: DENIED — PETITION FOR REHEARING-DENIED
    - (f) Date of result: JANUARY 14, 2008 / JANUARY 29, 2008

16. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Court of Appeal**?
    ☐ Yes ■ No

17. If your answer to #16 was "Yes," give the following information:

(a) **California Court of Appeal** Case Number: ______

(b) Nature of proceeding: ______

(c) Grounds raised: ______

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

(e) Result: ______

(f) Date of result: ______

18. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications, or motions (e.g., a Petition for Writ of Habeas Corpus) with respect to this judgment in the **California Supreme Court**?
☐ Yes ■ No

19. If your answer to #18 was "Yes," give the following information:

(a) **California Supreme Court** Case Number: ______

(b) Nature of proceeding: ______

(c) Grounds raised: ______

(d) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ☐ No

(e) Result: ______

(f) Date of result: ______

20. If you did ***not*** file a petition, application or motion (e.g., a Petition for Review or a Petition for Writ of Habeas Corpus) with the **California Supreme Court**, containing the grounds raised in this federal Petition, explain briefly why you did not:
PETITIONER AVERS DISTRICT ATTORNEY BONNIE DUMANIS' PRECEDING JUDICIAL AUTHORITY AND CURRENT POSITION AS MEMBER OF BOARD OF GOVERNORS OF STATE BAR WOULD RENDER PROCESS INEFFECTIVE TO PETITIONER TO PROTECT HIS CIVIL RIGHTS.

## COLLATERAL REVIEW IN FEDERAL COURT

21. Is this your **first** federal petition for writ of habeas corpus challenging this conviction?
■ Yes ☐ No (IF "YES" SKIP TO #22)
(a) If no, in what federal court was the prior action filed? ______
(i) What was the prior case number? ______
(ii) Was the prior action (CHECK ONE):
☐ Denied on the merits?
☐ Dismissed for procedural reasons?
(iii) Date of decision: ______
(b) Were any of the issues in this current petition also raised in the prior federal petition?
☐ Yes ☐ No
(c) If the prior case was denied on the merits, has the Ninth Circuit Court of Appeals given you permission to file this second or successive petition?
☐ Yes ☐ No

---

**CAUTION:**

- **Exhaustion of State Court Remedies:** In order to proceed in federal court you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. This means that even if you have exhausted some grounds by raising them before the California Supreme Court, you must first present ***all*** other grounds to the California Supreme Court before raising them in your federal Petition.
- **Single Petition:** If you fail to set forth all grounds in this Petition challenging a specific judgment, you may be barred from presenting additional grounds challenging the same judgment at a later date.
- **Factual Specificity:** You must state facts, not conclusions, in support of your grounds. For example, if you are claiming incompetence of counsel you must state facts specifically setting forth what your attorney did or failed to do. A rule of thumb to follow is — state who did exactly what to violate your federal constitutional rights at what time or place.

---

**GROUNDS FOR RELIEF**

22. **State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground.** If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: DUE PROCESS AND EQUAL PROTECTION PETITIONER AVERS TRIAL COURT DENIED HIM A CONTINUANCE AND COMPULSORY.

**Supporting FACTS** (state *briefly* without citing cases or law) ON APRIL 3, 2006 THE TRIAL COURT DENIED PETITIONER'S MARSDEN MOTION. PETITIONER EXERCISED HIS RIGHT TO SELF REPRESENTATION THE DAY OF TRIAL. THE TRIAL COURT GRANTED HIS REQUEST. PETITIONER IMMEDIATELY MOVED FOR A CONTINUANCE TO PREPARE FOR TRIAL. THE TRIAL COURT DENIED PETITIONER'S REQUEST. PETITIONER AVERS THE PROSECUTION DID NOT PROVIDE HIM WITH DISCOVERY UNTIL LATER THAT AFTERNOON, WHICH WAS (900+) PAGES. PETITIONER WAS NOT ALLOWED AFTER HOURS ACCESS TO THE SAN DIEGO COUNTY CENTRAL JAIL LAW LIBRARY DURING THE 5+ DAYS OF HIS TRIAL TO PREPARE MOTIONS AND PLEADINGS BECAUSE HE WAS IN COURT FROM 0830 AM UNTIL 1600 OR SO IN THE AFTERNOON. ON APRIL 12, 2006 THE TRIAL COURT FORCED PETITIONER TO REST HIS CASE OUT OF ORDER, BECAUSE HE WAS UNABLE TO GET HIS COURT-APPOINTED PCC INVESTIGATOR TO SERVE HIS SUBPEONAS TO COMPEL THE ATTENDANCE OF WITNESSES IN HIS DEFENSE AND ON HIS BEHALF.

**Did you raise GROUND ONE in the California Supreme Court?**
■ Yes ☐ No.

(b) **GROUND TWO**: TRIAL COURT DENIED PETITIONER TRIAL BY JURY ON SECOND AMENDED COMPLAINT AFTER PETITIONER WAIVED JURY OF FIRST COMPLAINT

**Supporting FACTS** (state *briefly* without citing cases or law): ON APRIL 3, 2006 PETITIONER, ELECTED TO WAIVE HIS RIGHT TO A JURY TRIAL ON THE ORIGINAL COMPLAINT WHICH WAS FILED ON JANUARY 27, 2006. ON APRIL 4, 2006, THE TRIAL COURT ALLOWED THE PROSECUTION TO SUBMIT AND FILE A SECOND AMENDED COMPLAINT AGAINST THE OBJECTION OF THE PETITIONER. PETITION AVERS HE ELECTED TO EXERCISE HIS RIGHT TO SELF-REPRESENTATION THE MORNING OF TRIAL ON APRIL 3, 2006 AFTER THE TRIAL COURT DENIED HIS REQUEST TO REPLACE HIS COURT-APPOINTED ATTORNEY.

**Did you raise GROUND TWO in the California Supreme Court?**
■ Yes ☐ No.

(c) **GROUND THREE:** TRIAL COURT DENIED PETITIONER A CONTINUANCE AND ASSISTANCE OF STANDBY/ ADVISORY COUNSEL AND CHARACTER WITNESSES AT SENTENCING

**Supporting FACTS** (state *briefly* without citing cases or law): ON MAY 10, 2006 THE PETITIONER AVERS HE SUBMITTED A TIMELY MOTION WITH THE COURT TO COMPEL THE ATTENDANCE OF CHARACTER WITNESSES AT HIS SENTENCING HEARING AND REQUESTED STANDBY/ ADVISORY COUNSEL. THE TRIAL DENIED PETITIONER'S REQUEST FOR A CONTINUANCE AND STANDBY/ ADVISORY COUNSEL. THE PROSECUTION DID NOT OBJECT TO THE PETITIONER'S REQUEST FOR STANDBY/ADVISORY COUNSEL. PETITIONER SUBMITTED A MOTION TO DISQUALIFY THE TRIAL JUDGE FOR BIAS AND PREJUDICE. THE TRIAL COURT DENIED PETITIONER'S MOTION.

**Did you raise GROUND THREE in the California Supreme Court?**

■ Yes ☐ No.

(d) GROUND FOUR: ______________________________

______________________________

______________________________

**Supporting FACTS** (state *briefly* without citing cases or law): ______________________________

______________________________

**Did you raise GROUND FOUR in the California Supreme Court?**

☐ Yes ☐ No.

**23.** Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
■ Yes ☐ No

**24.** If your answer to #23 is "Yes," give the following information:

(a) Name of Court: SUPERIOR COURT, COUNTY OF SAN DIEGO

(b) Case Number: HC 19276

(c) Date action filed: MARCH 11, 2008

(d) Nature of proceeding: PETITION FOR WRIT OF HABEAS CORPUS

(e) Grounds raised: DOUBLE JEOPARDY (RESTITUTION FINES AND PENAL SENTENCE)
DUE PROCESS AND EQUAL PROTECTION (VAGUENESS OF CRIMINAL STATUE)
DENIAL OF FAIR TRIAL (CONFLICT OF INTEREST)

(f) Did you receive an evidentiary hearing on your petition, application or motion?
☐ Yes ■ No

**25.** Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing: MARSHA DUGGAN - PUBLIC DEFENDER SAN DIEGO (RETIRED)

(b) At arraignment and plea: UNKNOWN ON DEC. 16, 2005
PRO PER APRIL 3, 2006

(c) At trial: PRO PER

(d) At sentencing: PRO PER

(e) On appeal: CHARLES R. KHOURY, JR. P.O. BOX 1066 WILTON, NH

(f) In any post-conviction proceeding: SAME AS (e) BAIL PENDING APPEAL; PRO PER RE-SENTENCING

(g) On appeal from any adverse ruling in a post-conviction proceeding:
CHARLES R. KHOURY, JR. AND PRO PER.

**26.** Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
■ Yes ☐ No

**27.** Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes ■ No

(a) If so, give name and location of court that imposed sentence to be served in the future: __________

(b) Give date and length of the future sentence: __________

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
☐ Yes ■ No

**28.** Date you are mailing (or handing to a correctional officer) this Petition to this court: MARCH 18, 2008

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

____________________
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

MARCH 18, 2008 [signature]
(DATE) SIGNATURE OF PETITIONER