**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

**NOTICE OF DOCUMENT DISCREPANCIES**

FILED

2008 APR 15 PM 3:56

*Clerk's Office File Stamp*

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY ______ DEPUTY

TO: ☒ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE

FROM: PSLC, Deputy Clerk RECEIVED DATE: 4/9/08

CASE NO.: 08cv0274 JM(PCL) DOCUMENT FILED BY: Pet.

CASE TITLE: Bass v. Martel

DOCUMENT ENTITLED: Motion to Stay Federal Proceedings

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | *Local Rule* | *Discrepancy* |
|---|---|---|
| ☒ | 5.1.j.5 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3.c | Document illegible or submitted on thermal facsimile paper |
| ☐ | 7.1.e or 47.1.b.1 | Date noticed for hearing not in compliance with rules |
| ☐ | 7.1.f or 47.1.b.3 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1.h or 47.1.e | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1.h | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| ☐ | | Default Judgment in sum certain includes calculated intrest |
| ☐ | | OTHER: |

**Date forwarded:** 4/14/08

**ORDER OF THE JUDGE / MAGISTRATE JUDGE**

**IT IS HEREBY ORDERED:**

☒ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document returned to pro se or inmate? ☐ Yes. Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1.

CHAMBERS OF: JM

Dated: 4/15/08 By: [signature]
cc: All Parties

K:\COMMON\PROSE\HABEAS\LAURA\FORMS\DISCREPA.WPD
Form # Civ/Crim 35 (4/98) -- [Docuument Discrepancy / Court Order]