Robert Curtis Bass
CDC ID: F-25881
California Rehabilitation Center
P.O. Box 3535
Norco, California 92860
*In Propria Persona*

FILED

2008 APR 15 PM 3:57

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY [signature] DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

NUNC PRO TUNC
APR -9 2008

| | |
|---|---|
| ROBERT CURTIS BASS, Petitioner, vs. MATTHEW M. MARTEL, et al., Respondents. | Civil No. 08-0274 JM (PCL) **MOTION TO STAY FEDERAL PROCEEDINGS REGARDING UNEXHAUSTED CLAIMS IN SUPPLEMENTAL BRIEF IN SUPPORT OF.** |

***In re Robert Bass***

Comes now, the Petitioner, ROBERT CURTIS BASS, who is presently in custody and under continued duress at the California Rehabilitation Center ('CRC') in Norco, Ca., and moves this court to STAY FEDERAL PROCEEDINGS REGARDING UNEXHAUSTED CLAIMS IN HIS SUPPLEMENTAL BRIEF IN SUPPORT OF, while Petitioner exhausts his unexhausted claims in the state's highest court. At this time, Petitioner is seeking to proceed with only litigation of the claims in his First Amended Petition.

Petitioner avers this MOTION TO STAY FEDERAL PROCEEDINGS ON unexhausted claims is accordance and compliance with the court's order filed on March 28, 2008, instructing the Petitioner to choose one of the four options available to him to avoid dismissal of his petition in the U.S. District Court, Southern District of California.

Date: April 7, 2008

Respectfully Submitted,

Robert Curtis Bass
*In Pro Per*/Under Duress

## DECLARATION OF SERVICE BY U.S MAIL

I, Robert Curtis Bass, declare and state under the penalty of perjury, that I am over 18 Years of age, that I am a party to the attached MOTION TO STAY FEDERAL PROCEEDINGS REGARDING UNEXHAUSTED CLAIMS IN SUPPLMENTAL BRIEF IN SUPPORT OF, by a person in state custody in propria person and that I did on the below case, deposit in the U.S. Mail at the California Rehabilitation Center ('CRC') in Norco, Ca., utilizing the facility's out-going legal mail logging system the original and two copies of the above described document with postage fully pre-paid thereon for mail to:

**U.S. DISTRICT JUDGE J. MILLER**
**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA, ROOM 4290**
**880 FRONT STREET**
**SAN DIEGO, CA 92101-8900**

DATED: APRIL 7, 2008

Respectfully, Submitted

Return Notice of Receiving To:

Robert C Bass
CDC ID: F-25881
P.O. Box 3535
Norco, California 92860