Robert Curtis Bass
2820 Sonoma Ave
Santa Rosa, California 95405
Tel#: (323) 243-7283
Fax#: (360) 246-7283
Email: robert.bass@yahoo.com
*In Propria Persona*

FILED
2008 MAY 21 AM 9:44
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROBERT CURTIS BASS, Petitioner, | Case No. 08cv274 JM |
| v. | **NOTICE OF ADDRESS CHANGE** |
| MATTHEW M. MARTEL, Respondent. | **CLERK OF THE COURT** |

The Petitioner, ROBERT CURTIS BASS, whom was a former prisoner, under duress at the California Rehabilitation Center ('CRC') in Norco, Ca., does hereby, respectfully submit this NOTICE OF ADDRESS CHANGE to the U.S. District Court, Southern District of California, as the Petitioner is no longer a 'prisoner' defined under the Prison Litigation Reform Act of 1995 ('PLRA) and was released from custody and confinement on May 9, 2008.

The Petitioner's new mailing address is as follows, **2820 Sonoma Ave, Santa Rosa, California 95405.** All future legal notifications and documents associated with any and all current and future legal actions now pending with the court should be forwarded to the address provided herein.

DATE: MAY 21, 2008

RESPECTFULLY SUBMITTED,

ROBERT CURTIS BASS
*In Propria Persona*