CHARLES R. KHOURY JR.
Attorney at Law
Calif. State Bar No. 42625
P.O. Box 1066
34 Orchard View Drive
Wilton N.H. 03086
603 654 2050 phone
charliekhouryjr@yahoo.com
Pro bono Attorney for Petitioner Robert Bass

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BASS, Petitioner, v. MATTHEW CATE, Secretary, et al. Respondent. | Civil No. 08-0274 JM (PCL) NOTICE OF APPEARANCE AS COUNSEL FOR PETITIONER |

COMES NOW CHARLES R. KHOURY JR, a member of the bar of this Court, and enters his appearance as pro bono counsel in the above entitled matter.

S/Charles R. Khoury Jr.
Attorney for Petitioner BASS

CHARLES R. KHOURY JR.
Attorney at Law
Calif. State Bar No. 42625
P.O. Box 1066
34 Orchard View Drive
Wilton N.H. 03086
603 654 2050 phone
charliekhouryjr@yahoo.com
Pro bono Attorney for Petitioner Robert Bass

| | |
|---|---|
| ROBERT C. BASS,<br>Petitioner,<br>v.<br>MATTHEW CATE, Secretary, et al.<br>Respondent. | Civil No. 08-0274 JM (PCL)<br><br>CERTIFICATE OF SERVICE |

This is to certify:

## Electronic Mail Notice List

2. The following are those who are currently on the list to receive e-mail notices for this case.

**Attorney General**
docketingsdawt@doj.ca.gov

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

**Robert C Bass**
F-25881
2820 Sonoma Avenue
Santa Rosa, CA 95405

S/Charles R. Khoury Jr.

Attorney for Petitioner BASS