CHARLES R. KHOURY JR.
Attorney at Law
Calif. State Bar No. 42625
P.O. Box 1066
34 Orchard View Drive
Wilton N.H. 03086
603 654 2050 phone
charliekhouryjr@yahoo.com
Pro bono Attorney for Petitioner Robert Bass

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. BASS,<br>Petitioner,<br><br>v.<br><br>MATTHEW CATE, Secretary, et al.<br>Respondent. | Civil No. 08-0274 JM (PCL)<br><br>ABANDONMENT OF ALL CLAIMS BUT DENIAL OF CONTINUANCE |

COMES NOW CHARLES R. KHOURY JR, a member of the bar of this Court, and as pro bono counsel in the above entitled matter, abandons all of petitioner's claims but the denial of his continuance after he was granted pro se status.

DATED:07/10/08

S/Charles R. Khoury Jr.
Attorney for Petitioner BASS