Charles R. Khoury Jr. CASE NUMBER: No. 08-cv-00274-JM-PCL
P.O. Box 1066
Wilton N.H. 03086

# DECLARATION OF SERVICE

I, the undersigned, say: I am a citizen of the United States, over 18 years of age, employed in the County of Hillsborough N.H. and am not a party to the subject cause. My business address is P.O. Box 1066 Wilton, New Hampshire. I served one copy of the NOTICE OF ABANDONMENT OF UNEXHAUSTED CLAIMS ELECTRONICALLY ON the Attorney General and by placing a copy in a separate envelope, with proper postage, in the U.S. Mail, addressed as follows to the petitioner:

Attorney General
PO Box 85266.
San Diego Calif. 92186-5266 (electronically)

Robert Curtis Bass
F25881
F-4-gym-155u
RJ Donovan
PO Box 799004
San Diego Ca
92179-9004

I declare under penalty of perjury the above statement is true. Executed at Del Mar Calif. on July 16, 2008

S/Charles R. Khoury Jr.
Charles R. Khoury Jr.