CHARLES R. KHOURY JR.
Attorney at Law
Calif. State Bar No. 42625
P.O. Box 1066
34 Orchard View Drive
Wilton N.H. 03086
603 654 2050 phone
charliekhouryjr@yahoo.com
Pro bono Attorney for Petitioner Robert Bass

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Civil No. 08-0274JMPCL

| | |
|---|---|
| ROBERT C. BASS<br>Petitioner,<br>v.<br>MATTHEW CATE, Secretary, et al.<br>Respondent. | REQUEST FOR LEAVE OF COURT TO FILE MEMORANDUM OF POINTS AND AUTHORITIES AND ARGUMENT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS |

COMES NOW CHARLES R. KHOURY JR, a member of the bar of this Court, and as pro bono counsel in the above entitled matter, submits this REQUEST FOR LEAVE OF COURT TO FILE A MEMORANDUM OF POINTS AND AUTHORITIES AND ARGUMENT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

This request is based on the attached declaration of counsel.

Respectfully submitted,

DATED:08/04/08

S/Charles R. Khoury Jr.
Attorney for Petitioner BASS