CHARLES R. KHOURY JR.
Attorney at Law
Calif. State Bar No. 42625
P.O. Box 1066
34 Orchard View Drive
Wilton N.H. 03086
603 654 2050 phone
charliekhouryjr@yahoo.com
Pro bono Attorney for Petitioner Robert Bass

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

Civil No. 08-0274JMPCL

| | |
|---|---|
| ROBERT C. BASS<br>Petitioner,<br>**v.**<br>MATTHEW CATE, Secretary, et al.<br>Respondent. | AFFIDAVIT OF COUNSEL IN SUPPORT OF REQUEST FOR LEAVE OF COURT TO FILE MEMORANDUM OF POINTS AND AUTHORITIES AND ARGUMENT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS |

CHARLES R. KHOURY JR, a member of the bar of this Court, and as pro bono counsel in the above entitled matter, after being sworn deposes and says:

I was petitioner's appointed attorney on appeal in the California Court of Appeal case People v. Bass, D048678.

On March 21, Robert Bass filed pro se an amended petition for writ of habeas corpus in the above entitled case BASS v. CATE 08cv0274-JM(PCL).

On or about June 3, 2008, petitioner asked me to appear for him pro

bono as his attorney in that case.

On June 13, 2008, I filed a Notice of Appearance as pro bono counsel in this case.

On July 11, 2008, I filed an Abandonment of Unexhausted Claims in the above entitled case.

I have prepared a MEMORANDUM OF POINTS AND AUTHORITIES AND ARGUMENT IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS to be filed in the above entitled case but need leave of court for such filing.

The Memorandum will aid the Court in the disposition of the Petition.

I declare under penalty of perjury under the laws of the State of California the above statement is true.

Executed at San Diego California on August 4, 2008

S/CHARLES R. KHOURY JR.

Charles R. Khoury Jr.