Charles R. Khoury Jr. CASE NUMBER: No. 08-cv-00274-JM-PCL
P.O. Box 1066
Wilton N.H. 03086

DECLARATION OF SERVICE

I, the undersigned, say: I am a citizen of the United States, over 18 years of age, employed in the County of Hillsborough N.H. and am not a party to the subject cause. My business address is P.O. Box 1066 Wilton, New Hampshire. I served one copy of the REQUEST FOR LEAVE OF COURT TO FILE MEMORANDUM IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS with ATTACHED AFFIDAVIT ELECTRONICALLY ON the Attorney General and by placing a copy in a separate envelope, with proper postage, in the U.S. Mail, addressed as follows to the petitioner:

Attorney General
PO Box 85266.
San Diego Calif. 92186-5266 (electronically)

Robert Curtis Bass
F25881
F-4-gym-155u
RJ Donovan
PO Box 799004
San Diego Ca
92179-9004

I declare under penalty of perjury the above statement is true. Executed at SAN DIEGO CALIFORNIA on AUGUST 4, 2008

S/CHARLES R. KHOURY JR.

Charles R. Khoury Jr.