UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Robert C. Bass,<br><br>Petitioner,<br>v.<br><br>Matthew Cate et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil No. 08cv274 JM (PCL)<br><br>**ORDER GRANTING PETITIONER'S REQUEST FOR PERMISSION TO FILE MEMORANDUM OF POINTS AND AUTHORITIES**<br><br>**[Doc. 17.]** |

For good cause shown, Petitioner is granted leave to file a Memorandum of Points and Authorities and Argument in Support of Petitioner's Writ of Habeas Corpus.

DATED: August 11, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court