UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Robert C. Bass,<br><br>　　　　　　　Petitioner,<br>v.<br><br>Matthew Cate et al.,<br><br>　　　　　　　Respondents. | Civil No. 08cv274 JM (PCL)<br><br>**ORDER:**<br><br>**GRANTING MOTION TO WITHDRAW CLAIMS (Doc. 12);**<br><br>**DENYING AS MOOT MOTION TO STAY (Doc. 8);**<br><br>**SETTING BRIEFING SCHEDULE** |

　　　On March 21, 2008, Petitioner filed a First Amended Petition for Writ of Habeas Corpus (FAP). (Doc. 5.) Petitioner asserted three grounds for relief: 1) that the trial court denied his request for a continuance before and during trial in violation of the U.S. Constitution and California state law; 2) that the trial court denied him a trial by jury; and 3) that the trial court denied him a continuance and assistance of counsel and character witnesses at the sentencing hearing. (Doc. 5, at 6-8.) He alleged exhaustion as to these issues. (<u>Id.</u>) Additionally, Petitioner filed a Supplemental Brief in Support of his FAP. (Doc. 5-4, at 1-13.) In it, he attempted to raise additional claims that were not included in the FAP and that were not alleged to be exhausted. (<u>See</u> Doc. 6, at 2.) Thus, this Court dismissed the FAP without prejudice and with leave to amend. (<u>Id.</u>) The Court directed Petitioner to choose one of four options to avoid dismissal: 1) demonstrate exhaustion; 2) voluntarily dismiss the petition; 3) formally

1  abandon unexhausted claims; or 4) file a motion to stay the federal proceedings.  (Id. at 4-5.)  On April
2  15, 2008, Petitioner, proceeding pro se at the time, filed a motion to stay federal proceedings as to
3  unexhausted claims.  (Doc. 8.)  This Court then directed Petitioner to file a brief in support of his motion
4  to stay.  (Doc. 10, at 2-3.)   On June 12, 2008, Petitioner obtained counsel to represent him.  (Doc. 11.)
5  On July 11, 2008, Petitioner, through counsel, filed a notice of withdrawal/abandonment of all claims
6  except for ground 1, which is "the denial of his continuance after he was granted pro se status."  (Doc.
7  12, at 1.)  On August 11, 2008, Petitioner filed an amended Memorandum of Facts and Contentions of
8  Law only supporting claims in ground 1 of his First Amended Petition for Writ of Habeas Corpus.
9  (Doc. 20.)  Respondent has not opposed Petitioner's motion to withdraw all claims except as to those in
10  ground 1.

11  IT IS HEREBY ORDERED as follows:

12  1) Petitioner's motion to withdraw all claims except as to those in ground 1 is GRANTED.  See
13  Rose v. Lundy, 455 U.S. 509, 520-21 (stating that a petitioner who files a mixed petition may
14  "resubmit[] the habeas petition to present only exhausted claims").  The following claims are with-
15  drawn: a)  that the trial court denied him a trial by jury; b) that the trial court denied him a continuance
16  and assistance of counsel and character witnesses at the sentencing hearing; and c) any additional claims
17  in his original supplemental brief filed in his original First Amended Petition for which exhaustion was
18  not asserted.

19  2) Petitioner's motion to stay federal proceedings as to unexhausted claims is DENIED as moot.
20  3) Within 60 days of the date of service of this order, Respondent SHALL FILE either an answer
21  to or a motion to dismiss Petitioner's remaining claims as described in ground 1 of his FAP and as
22  briefed in his amended Memorandum of Facts and Contentions of Law filed on August 11, 2008.
23  4) After the receipt of Respondent's answer or motion to dismiss, Petitioner is GRANTED thirty
24  days within which to file either a Traverse or Response, respectively.
25  IT IS SO ORDERED.
26  DATED: October 17, 2008

Peter C. Lewis
U.S. Magistrate Judge
United States District Court