UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Robert C. Bass, | ) | Civil No. 08cv274 JM (PCL) |
| | ) | |
|         Petitioner, | ) | |
| v. | ) | **ORDER GRANTING MOTION TO** |
| | ) | **SUBSTITUTE ATTORNEY** |
| Matthew Cate et al., | ) | |
| | ) | **[Doc. 25.]** |
|         Respondents. | ) | |

    For good cause shown, Attorney Charles R. Khoury Jr. is hereby relieved as pro bono counsel in the above entitled matter. Petitioner has elected to represent himself in all further proceedings. (Doc. 27.)

    IT IS SO ORDERED.

DATED: December 18, 2008

                                              Peter C. Lewis
                                              U.S. Magistrate Judge
                                              United States District Court